# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1395

_____

| | | |
|---|---|---|
| Gabriel Cassell, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Olivia Jassah Cassell, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: October 20, 2011
Filed: October 26, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Gabriel Cassell appeals the district court's[1] adverse grant of summary judgment in his diversity action against Olivia Cassell. Gabriel alleged Olivia had defamed him and intentionally inflicted emotional distress, based on statements contained in an April 29, 2009 email Olivia sent to him, with a copy to the attorney who was then representing her in a state-court action involving custody of the Cassells' minor daughter.

---

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

Upon our de novo review of the record, <u>Engleson v. Little Falls Area Chamber of Commerce</u>, 362 F.3d 525, 528 (8th Cir. 2004), we find summary judgment was proper for the reasons given by the district court.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____